| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
|   | United States Attorney |
| 2 | KEVIN C. KHASIGIAN |
|   | Assistant U. S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
|   | Sacramento, CA  95814 |
| 4 | Telephone:  (916) 554-2700 |

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-MC-00057-MCE-KJN |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN  AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $28,000.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimant Roderick Allen Stanback ("claimant"), by and through their respective counsel, as follows:

1. On or about February 2, 2018, claimant filed a claim in the administrative forfeiture proceeding with the U.S. Postal Inspection Service with respect to the Approximately $28,000.00 in U.S. Currency (hereafter "defendant currency"), which was seized on December 2, 2017.

2. The U.S. Postal Inspection Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative

1

Stipulation and Order to Extend Time

forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was May 3, 2018.

4. By Stipulation and Order filed April 30, 2018, the parties stipulated to extend to June 1, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to July 2, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to July 2, 2018.

Dated: 5/25/18					McGREGOR W. SCOTT
						United States Attorney

					By:	/s/ Kevin C. Khasigian
						KEVIN C. KHASIGIAN
						Assistant U.S. Attorney


Dated: 5/24/18					/s/ Isaac Safier
						ISAAC SAFIER
						Attorney for potential claimant
						Roderick Allen Stanback

						(Signature authorized by email)


**IT IS SO ORDERED**.

Dated: June 7, 2018

						_____
						MORRISON C. ENGLAND, JR
						UNITED STATES DISTRICT JUDGE