McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

       v.

APPROXIMATELY $28,000.00 IN U.S.
CURRENCY,

       Defendant.

2:18-MC-00057-MCE-KJN

STIPULATION AND ORDER EXTENDING TIME
FOR FILING A COMPLAINT FOR FORFEITURE
AND/OR TO OBTAIN AN INDICTMENT
ALLEGING FORFEITURE

It is hereby stipulated by and between the United States of America and potential claimant

Roderick Allen Stanback ("claimant"), by and through their respective counsel, as follows:

       1.      On or about February 2, 2018, claimant filed a claim in the administrative forfeiture

proceeding with the U.S. Postal Inspection Service with respect to the Approximately $28,000.00 in U.S.

Currency (hereafter "defendant currency"), which was seized on December 2, 2017.

       2.      The U.S. Postal Inspection Service has sent the written notice of intent to forfeit required

by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a

claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant

has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

       3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative

1

forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was May 3, 2018.

4.      By Stipulation and Order filed April 30, 2018, the parties stipulated to extend to June 1, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.      By Stipulation and Order filed June 8, 2018, the parties stipulated to extend to July 2, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.      By Stipulation and Order filed July 3, 2018, the parties stipulated to extend to August 1, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to September 3, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///
///
///
///
///
///
///
///
///
///

Stipulation and Order to Extend Time

8.     Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to September 3, 2018.

Dated: 7/27/18

McGREGOR W. SCOTT
United States Attorney

By:     /s/ Kevin C. Khasigian
        KEVIN C. KHASIGIAN
        Assistant U.S. Attorney


Dated: 7/26/18

/s/ Isaac Safier
ISAAC SAFIER
Attorney for potential claimant
Roderick Allen Stanback

(Signature authorized by email)


**IT IS SO ORDERED**.

Dated:  July 30, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Extend Time